|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| TEAMSTERS LOCAL UNION NO. 117,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SYSCO FOOD SERVICES OF SEATTLE,<br>INC., *et al.*,<br><br>　　　　　Defendants. | Case No.  C05-0113L<br><br>ORDER REGARDING MOTIONS TO<br>STAY DISCOVERY AND AMENDING<br>ORDER REGARDING INITIAL<br>DISCLOSURES, JOINT STATUS<br>REPORT, AND EARLY SETTLEMENT |

　　This matter comes before the Court on the motion to stay discovery (Dkt. # 44) filed by Sysco Food Services, Inc. and the motion to stay discovery (Dkt. # 52) filed by Sysco Food Services of Seattle, in which Sysco Corporation has joined.

　　Defendants seek a protective order that stays discovery pending the resolution of their motions to dismiss. Under Rule 26(c), the moving party must show "good cause" for the stay. During the June 9, 2005 hearing regarding the motions to dismiss, the Court indicated that a stay of discovery was appropriate while the motions to dismiss were pending. Now that the motions have been resolved, however, the discovery process should immediately continue.

　　Accordingly, the Court AMENDS Section I of its Order Regarding Initial Disclosures,

ORDER REGARDING MOTIONS TO
STAY DISCOVERY AND AMENDING
ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT

1 Joint Status Report, and Early Settlement (Dkt. # 29, the "Prior Order") and ORDERS the
2 parties to submit initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by July 21, 2005 and to
3 submit a Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f)
4 and Local CR 16 by August 1, 2005.  In all other respects, the Prior Order remains unchanged.
5 Upon receipt of the joint status report the Court will issue a scheduling order.

7     DATED this 11th day of July, 2005.

                                /s/ Robert S. Lasnik
                                Robert S. Lasnik
                                United States District Judge

26 ORDER REGARDING MOTIONS TO
STAY DISCOVERY AND AMENDING
ORDER REGARDING INITIAL
DISCLOSURES, JOINT STATUS
REPORT, AND EARLY SETTLEMENT